## CITY OF SULPHUR v. BUTT & ROBERTS.

No. 7089—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 749.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by Butt & Roberts against the City of Sulphur. There was a judgment for plaintiff and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

H. W. Broadbent, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312, 162 Pac. 744, is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.

## CITY OF SULPHUR v. STEVENS.

No. 7097—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 750.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by S. M. Stevens against the City of Sulphur. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

H. W. Broadbent, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312, 162 Pac. 744, is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.

## CITY OF SULPHUR v. CAREY, LOMBARD, YOUNG & CO.

No. 7088—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 749.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by Carey, Lombard, Young & Co. against the City of Sulphur. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

Geo. M. Nicholson and Gray & McVay, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312, 162 Pac. 744, is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.

## CITY OF SULPHUR v. CHIDSEY.

No. 7093—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 750.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by J. C. Chidsey against the City of Sulphur. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

George M. Nicholson, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312, 162 Pac. 744, is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.